No. 78–6281.  GREEN v. CLARK, U. S. DISTRICT JUDGE, ET AL. Motion for leave to file petition for writ of mandamus denied.

No. 78–756.  OHIO v. ROBERTS.  Sup. Ct. Ohio.  Certiorari granted.

No. 78–1318.  O'BANNON, SECRETARY OF PUBLIC WELFARE OF PENNSYLVANIA v. TOWN COURT NURSING CENTER ET AL. C. A. 3d Cir.  Certiorari granted.

No. 78–1323.  NORFOLK & WESTERN RAILWAY CO. v. LIEPELT, ADMINISTRATRIX.  App. Ct. Ill., 1st Dist.  Certiorari granted.

No. 78–1088.  KISSINGER v. REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS ET AL.; and
No. 78–1217.  REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS ET AL. v. KISSINGER.  C. A. D. C. Cir.  Certiorari granted.

No. 78–5471.  WHALEN v. UNITED STATES; and PYNES v. UNITED STATES.  Ct. App. D. C.  Motion of Thomas W. Whalen for leave to proceed in forma pauperis granted.  Certiorari granted in Whalen v. United States.

No. 77–1835.  NATIONAL ASSOCIATION OF REGULATORY UTILITY COMMISSIONERS v. BROOKHAVEN CABLE TV, INC., ET AL.; and
No. 77–1845.  KELLY ET AL. v. BROOKHAVEN CABLE TV, INC., ET AL.  C. A. 2d Cir.  Certiorari denied.